UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, DEPARTMENT OF HUMAN ASSISTANCE, et al.,<br><br>    Defendants. | No. 2:19-cv-02418-KJM-CKD PS<br><br>ORDER |

On December 12, 2019, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff is directed to pay the filing fee of $400.00 on an installment schedule, with $50.00 payments to the Clerk of Court due on the following deadlines:

> February 1, 2020
>
> March 1, 2020
>
> April 1, 2020
>
> May 1, 2020
>
> June 1, 2020
>
> July 1, 2020
>
> August 1, 2020
>
> September 1, 2020

4. Once the first installment payment is made, the court shall direct service of the complaint on the named defendant; and

5. Plaintiff is informed that a failure to timely pay the filing fee, or timely request an extension of time to do so, may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE