UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bennie Freeman, | No. 2:19-cv-02418-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| County of Sacramento Department of Human Assistance, et al., | |
| Defendants. | |

In June 2021, this matter was referred to the court's Voluntary Dispute Resolution Panel (VDRP) for mediation in January 2022. Mins. & Rule 16 Order, ECF No. 40. The parties were not able to resolve the matter, but left open the possibility of further settlement efforts within the next 90 days. Joint Status Rep., ECF No. 42. The parties have not filed any further notices or reports of their mediation or settlement efforts, and the deadlines for fact and expert discovery have now passed. *See* Mins. & Rule 16 Order, ECF No. 40. **Within thirty days**, the parties are directed to file a further joint status report of their positions on continuing referral to the VDRP or a settlement conference before the assigned magistrate judge.

IT IS SO ORDERED.

DATED: December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE